REVEREND RASTA ROB JOSEPH SIMMONS

CASE NO. [illegible] 1716 (PR)

V. SAN MATEO POLICE ET AL.

5/4/12

I'VE BEEN IN THE HOLE FOR ALMOST 1 MO. W/O A SINGLE WRITE-UP & I WAS SENT TO AD-SEG W/O A WRITE-UP. I'M REQUESTING A WRIT OF HABEAS CORPUS FOR MY ILLEGAL INCARCERATION, PROSECUTION & ARREST.

I'M ALSO ASKING FOR THE GRANTING OF MY IN FORMA PAUPERIS.

I'VE NOT HEARD BACK FROM THIS COURT SINCE 4/5/12.

I'M REQUESTING THIS COURT GRANT MY UNCONDITIONAL INJUNCTION FOR MY TREE OF LIFE CHURCH CANNABIS MINISTRY FOR MY CHURCH'S SACRAMENT: CANNABIS. I'VE SHOWN A BURDEN ON A TENET OF MY CHURCH'S SACRAMENT WITHOUT GOVERNMENTAL INTEREST IN PREVENTING ME FROM DOING SO. (THERE ISN'T ANY COMPELLING GOVERNMENTAL INTEREST IN PREVENTING [illegible] SACRAMENTAL CANNABIS USE, TRANSPORTATION, SALE, GROWTH, MANUFACTURING, ETC., & THUS WHEN THE GOVERNMENT PROHIBITS

FILED MAY 21 [illegible] RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT [illegible]

MINISTRY PRIEST COMPANY OF CA MEDICAL MARIJUANA PATIENTS ASSOCIATION DISPENSARY / BELMONT, MY CHURCH MEMBERS & MYSELF AS PASTOR WILL BE AFRAID TO PRACTICE OUR RASTAFARI FAITH. AND I'M ASKING FOR ARTICLE III EQUAL PROTECTION SINCE NAC NATIVE AMERICAN CHURCH HAS AN UNCONDITIONAL INJUNCTION VIA RELIGIOUS FREEDOM RESTORATION ACT FOR THEIR MAJOR TENET & SACRAMENT PEYOTE, WHICH IS A CONTROLLED SUBSTANCE ACT SCHEDULE I DRUG; JUST LIKE MY TREE OF LIFE CHURCH'S SACRAMENT AND TENET CANNABIS.

I HEREBY ASK THIS COURT TO GRANT ME & MY TREE OF LIFE CHURCH, STATICAL CANNABIS MINISTRY A RFRA (RELIGIOUS FREEDOM RESTORATION ACT) UNCONDITIONAL INJUNCTION FOR OUR MAJOR TENET AND SACRAMENT: CANNABIS PROTECTING ME AS PASTOR, OR MY CHURCH MEMBERS FROM ARREST, PERSECUTION OR INCARCERATION FOR OUR MAJOR TENET/SACRAMENTAL CANNABIS USE, POSSESSION, POSSESSION FOR SALE TO CHURCH MEMBERS TRANSPORTATION, GROWING, MANUFACTURING AND ALSO I REQUEST PROTECTION OF THEFT OF SACRAMENTAL CANNABIS FROM ALL LAW ENFORCEMENT MUNICIPAL, STATE AND FEDERAL AND ALL COURTS AND DISTRICT ATTORNEYS. I'VE PROVEN A SERIOUS NEED FOR THIS RFRA UNCONDITIONAL INJUNCTION FOR MY TREE OF LIFE CHURCH'S

SACRAMENTAL CANNABIS AND I'VE SHOWN ALL THE REQUIREMENTS ALSO.

I HEREBY PLEAD THIS COURT FOR JUSTICE LIBERTY AND FREEDOM TO ISSUE AN UN-CONDITIONAL INJUNCTION (VIA RFRA) FOR MY TREE OF LIFE CHURCH'S TENET (MAJOR) AND SACRAMENT OF CANNABIS.

I'M BEING PROSECUTED FOR CHARGES PERTAINING TO MY RASTAFARI FAITH.

I'M TIRED OF BEING TREATED LIKE A CRIMINAL FOR MY CHOSEN FAITH.

I PRAY AND HOPE FOR THIS COURT TO GIVE ME FREEDOM LIBERTY AND JUSTICE TO PRACTICE MY RASTAFARI FAITH WITHOUT FEAR OF PROSECUTION, ARREST, & INCARCERATI

I ASK THIS COURT TO EXPAND ON THE BAUER DECISION FOR POSSESSION & VALREY DECISION AND THE MEMORANDUM FOR MULTI-DENOMINATION MINISTRY OF CANNABIS AND RASTAFARI INCORPORATED LIMITED LIABILITY CORPORAT THAT I'M MEMBER #00002; THAT STATES IN THE BY-LAWS APPROVED BY THIS COURT THAT CHURCH MEMBERS DON'T NEED AN ADDITIONAL LLC LICENSE TO START THEIR OWN CHURCHS.

I'M ALSO ENCLOSING MY GRIEVANCES & RESPONSES,

THANK YOU & JAH RASTAFARI BLESS

Reverend
[illegible]

MY CHURCH'S SACRAMENTAL CANNABIS, AS A MAJOR TENET OF OUR RASTAFARI FAITH, THIS CREATES A MAJOR BURDEN ON A MAJOR TENET OF OUR RASTAFARI FAITH. THUS I'VE PROVED BY MY REPEATED INCARCERATION FOR MY OPERATION OF TREE OF LIFE CHURCH WITHOUT MY UNCONDITIONAL INJUNCTION I'VE REQUESTED I CAN'T FREELY PRACTICE OUR RELIGION WITHOUT THREAT OF ARREST, PERSECUTION, & INCARCERATION; I'VE BEEN REPEATEDLY ARRESTED AGAIN & AGAIN FOR PRACTICING MY RASTAFARI FAITH. AND NOW THAT I'M INCARCERATED I'M UNABLE TO PRACTICE MY FAITH; WITHOUT CANNABIS USE, THAT I USE AS A MAJOR TENET; A SACRAMENT OF MY TREE OF LIFE CHURCH; STATICAL CANNABIS MINISTRY. THIS ACTION BY THE GOVERNMENT & IT'S AGENCY VIOLATE MY 1ST AMMENDMENT RIGHTS TO FREEDOM OF RELIGION & ALSO VIOLATES MY 9TH & 14TH AMMENDMENT RIGHTS WITHOUT THIS COURT ISSUEING ME RELIGIOUS FREEDOM RESTORATION ACT UNCONDITIONAL INJUNCTION FOR MY TREE OF LIFE CHURCH; STATICAL CANNABIS

**San Mateo County Jail Facilities**
**Inmate Grievance Form**

*Routing:* *Staff Only*
- ☐ Administration
- ☐ Classification
- ☐ Medical
- ☐ Food Service
- [] Other

*Received:* *Staff Only*
Date 04/01/12
Time 1955
Facility MCF JAIL 4 WEST
Deputy L. JOHNSON C7?

**To:** *(Watch Commander)* www.Facebook.com/VoteRevSimmons4Governor

**Date** April 1st 2012 Facebook.com/Vote...

**From:** *(Inmate's Name)* REVEREND PASTA REV. J. SIMMONS **Id#** 1061795 **Cell** 4W-22

**Grievance** *(Please be specific: time, date, etc.)*

3/31/12 @ 0522 HRS (NOT 3/31/11 AS STATED BY SGT. GUISY #5204 NOR WAS IT 3/29/2012 AS STATED BY DEPUTY EL HADDAD 952) I WAS PRAYING ALOUD AT MEAL TIME? I GOT WRITTEN UP FOR IT, IT WAS PUNITIVE AGAINST FOR PRACTICING MY 1ST AMENDMENT FREEDOM RELIGION & FREE SPEECH SO EL HADDAD WROTE DOWN 3/29/2012 AS THE DATE OF REPORT OF RULE VIOLATION WHICH IS WRONG IT WAS 3/31/12 & SGT. D. GUISY #5204 WROTE DOWN 3/31/11 NOT 3/31/12 WRONG YEAR. I'M TRYING TO GO TO OLD MAGUIRE & THIS WRITE UP IS SLOWING THAT PROCESS. ALSO EL HADDAD 952 WROTE MY BOOKING CHARGES DOWN AS 11359HS & 11357HS WRONG BOTH ARE 11359HS MARIJUANA

**Inmate's Signature:** [signature]

*Note: After you have finished and signed this form, take your GOLD copy for your records.*

**Staff member's response:** THE DATES I WROTE ON THE WRITE-UP ARE CORRECT. YOU WERE WRITTEN UP FOR CUSSING AND BEING DISRESPECTFUL AS STATED IN YOUR WRITE-UP NOT PRACTICING YOUR RELIGION. USING WORDS LIKE "FUCK" ARE UNACCEPTABLE. PLEASE REVIEW RULE #9 FOR SPECIFICS OF HOW YOU SHOULD BEHAVE. THE BOOKING CHARGES ARE ALSO CORRECT, AS THEY ARE DIRECTLY FROM THE COMPUTER (CJIS).

**Signature:** [signature] 952 Received **Date:** 04/06/12

**Supervisor's response:** MR. SIMMONS, I REVIEWED THE REPORT AND SPOKE WITH BOTH YOU AND DEPUTY EL HADDAD. YOU RECEIVED A REPORT OF RULE VIOLATION AND WERE DISCIPLINED FOR VIOLATION OF RULE #9. YOU WERE IN POSSESSION OF AN UNAUTHORIZED MATTRESS AND THEN YELLED, CURSED AND WERE DISRESPECTFULL TO STAFF AND NOT FOR PRAYING DURING MEAL TIME AS YOU SUGGEST. THE INCIDENT DATES ARE CORRECT. I DID INCORRECTLY NOTE THE WRONG YEAR ON PAGE 1. I HAVE NOTED MY ERROR. I REVIEWED OUR DATABASE, THE BOOKING CHARGES ARE CORRECT. IF YOU DESIRE TO BE HOUSED IN OLD MAGUIRE

**Signature:** [signature] **Date:** 4-8-2012

**Watch Commander:** YOU NEED TO REMAIN DISCIPLINE FREE AND REQUEST A MOVE THROUGH CLASSIFICATIONS

REVIEWED - AGREE W/ SUPERVISOR RESPONSE

**Signature:** [signature] **Date:** 4/9/12

*White: File* *Yellow: Response to Inmate* *Pink: Staff* *Gold: Inmate's Copy*

# San Mateo County Jail Facilities
## Inmate Grievance Form

**Routing:** *Staff Only*
- [x] Administration
- [ ] Classification
- [ ] Medical
- [ ] Food Service
- [ ] Other

**Received:** *Staff Only*
Date 04/28/12
Time 1703
Facility MCF/3W
Deputy J Smith #0932

**To:** *(Watch Commander)*
www.facebook.com/VoteRobSimmons4Governor

**Date** 4/28/12

**From:** *(Inmate's Name)* REVEREND PASTOR ROB J. SIMMONS
www.facebook.com/vote4rob

**Id#** 1061745 **Cell** 3W-23 [illegible]

**Grievance** *(Please be specific: time, date, etc.)* I'M IN EXCRUCIATING PAIN FROM THE SINGULAR MATTRESS BECAUSE OF MY OSTEOARTHRITIS, I NEED DOUBLE HIP REPLACEMENT SURGERIES. I'VE ALSO GOT TWO HERNIATED DISKS IN MY NECK & I NEED AORTIC VALVE REPLACEMENT SURGERY. I AM IN SUPER EX-CRUCIATING PAINS. I'VE TRIED TO HAVE S/L CALL MY METHADONE CLINIC [illegible] HELP (415) 777-9453 MY COUNSELOR IS NATALIE. THE [illegible] IS [illegible]. I'M NAUSEOUS, I'VE GOT MIGRAINES, MY DOSE ISN'T HOLDING. I REALLY NEED MY DOSE INCREASED! MY DOSE IS 170MG. I NEED A 10MG INCREASE. S/L SAID FOR ME TO HAVE A FAMILY MEMBER DO IT. I DON'T HAVE ANY FAMILY WHO CARES FOR ME. ALL OF MY FAMILY IS IN [illegible] EXCEPT FOR MY DAD & HE'S [illegible]. PLEASE HELP ME OBTAIN MY INCREASE IN MY METHADONE DOSAGE. MEDICAL SAID THEY DON'T ISSUE MATTRESSES ANYMORE. LT. [illegible] SAID MEDICAL HAD TO WRITE A RECOMMENDATION THAT ADDITIONAL MATTRESS [illegible] BE ESSENTIAL. MY INTERNIST DR. OBERSCHELP MAY VERIFY MY DETRIMENTAL CONDITIONS @ (415) 230-3172 CELL [illegible]

*Note:* Upon signing this form take GOLD copy, it contains the grievance procedures.

**Inmate's Signature:** Reverend [illegible]

**Staff member's response:**

**Signature:**

**Supervisor's response:**

**Signature:** **Date:**

**Watch Commander:**

MR SIMMONS – PLEASE COMPLETE AN INMATE REQUEST FORM TO THE MEDICAL OFFICE FOR YOUR MEDICAL QUESTIONS. YOU MAY ALSO SUBMIT A REQUEST FORM TO LT. HEIN EXPLAINING YOUR REQUEST FOR A SECOND MATTRESS. KEEP IN MIND EXTRA MATTRESSES ARE NOT ISSUED FOR MERE COMFORT DESIRES

**Signature:** [illegible] 677 **Date:** 4/30/12

*White: Admin.* *Yellow: Response to Inmate* *Pink: Staff* *Gold: To Inmate*

**San Mateo County Jail Facilities**
# Inmate Grievance Form

*Routing:* ***Staff Only***
- ☐ Administration
- ☐ Classification
- ☐ Medical
- ☐ Food Service
- [] Other ______

*Received:* ***Staff Only***
Date 04/18/12
Time 1703
Facility [illegible] 13W
Deputy [illegible]

**To:** *(Watch Commander)* ______ **Date** [illegible]

[illegible]

**From:** *(Inmate's Name)* [illegible] **Id#** [illegible] **Cell** [illegible]

[illegible]

**Grievance** *(Please be specific: time, date, etc.)* I HAD AN [illegible]
THAT NEEDED [illegible] THE LT. [illegible] E [illegible]
TO SIGN IT, SAYING THE NOT [illegible]
SINCE [illegible] IT [illegible] MONEY RECORDS [illegible]
I TOLD LT [illegible] HOUSING [illegible]
HE [illegible] SIGN [illegible] PAYMENTS HE REFUSED [illegible]
GIVE ME MY [illegible] FUND RECORDS SHOWING [illegible]
INDIGENT [illegible] INFORMA [illegible]
I MAILED IT TO: ATTN: RICHARD WIEKING COURT CLERK
CAND US DISTRICT COURT 450 GOLDEN GATE AVENUE
SAN FRANCISCO CA [illegible] CASE NO: CV12 1716 (PR) [illegible] THE LT.
TO SIGN & COMPLETE AN INFORMA PAUPERIS [illegible]
SO I CAN GET [illegible]
HE [illegible] I AM [illegible] TO
PROBLEM [illegible] ALSO I AM HAVING

**Inmate's Signature:**

***Note:*** **Upon signing this form take GOLD copy, it contains the grievance procedures.**

CORRESPONDENCE [illegible]

**Staff member's response:**

**Signature:** ______ **Date:** ______

**Supervisor's response:**

**Signature:** ______ **Date:** ______

**Watch Commander:**

**Signature:** ______ **Date:** ______

*White: Admin.* *Yellow: Response to Inmate* *Pink: Staff* *Gold: To Inmate*

# San Mateo County Jail Facilities
# Inmate Grievance Form

*Routing:* ***Staff Only***
- ☐ Administration
- ☐ Classification
- ☐ Medical
- ☐ Food Service
- [] Other

*Received:* ***Staff Only***
Date [illegible]
Time [illegible]
Facility [illegible]
Deputy [illegible]

**To:** *(Watch Commander)* [illegible]

**Date** [illegible]

**From:** *(Inmate's Name)* [illegible]

**Id#** [illegible]

**Cell** [illegible]

**Grievance** *(Please be specific: time, date, etc.)* I'M IN EXCRUCIATING PAIN FROM THE [illegible] BECAUSE [illegible] REPLACEMENT SURGERIES. I'M ALSO GOT TWO HERNIATED DISKS IN MY NECK [illegible] EXCRUCIATING PAIN. I'VE TRIED [illegible] S/L [illegible] EX- [illegible] I REALLY NEED [illegible] DOSE [illegible] NEED A 10MG [illegible] S/L SAID [illegible] MEDICAL SAID THEY DON'T [illegible]

**Inmate's Signature:** [illegible]

***Note:*** Upon signing this form take GOLD copy, it contains the grievance procedures.

**Staff member's response:**

**Signature:** ____________________ **Date:** ____________

**Supervisor's response:**

**Signature:** ____________________ **Date:** ____________

**Watch Commander:**

**Signature:** ____________________ **Date:** ____________

*White: Admin.* *Yellow: Response to Inmate* *Pink: Staff* *Gold: To Inmate*

# San Mateo County Jail Facilities
# Inmate Grievance Form

*Routing:* ***Staff Only***
- [ ] Administration
- [ ] Classification
- [ ] Medical
- [ ] Food Service
- [ ] Other

*Received:* ***Staff Only***
Date ______
Time ______
Facility ______
Deputy ______

**To:** *(Watch Commander)* ______ **Date** [illegible]-2012

WWW.FACEBOOK.COM/[illegible] ROE SIMMONS [illegible]

**From:** *(Inmate's Name)* REVEREND RASTA ROE J. SIMMONS **Id#** [illegible] **Cell** [illegible]

[illegible] 2012 [illegible] SAID [illegible] MATTRESS [illegible] MISSING [illegible]

**Grievance** *(Please be specific: time, date, etc.)* I WAS PREVIOUSLY HOUSED IN 6
LAST WEEK [illegible] MY CELLY [illegible] DAVID CRAW[illegible] STARTED
YELLING [illegible]
WIFE. I'M A LICENSED MINISTER [illegible]
[illegible]
[illegible]
[illegible]
[illegible] I WAS A SUCCESS [illegible]
[illegible]
[illegible] HE TRADED OUR [illegible]
[illegible]
[illegible] I'M NOT [illegible] I'VE GOT [illegible]
[illegible] HAVE A [illegible]
BE MOVED TO [illegible] MAGUIRE OR [illegible]
[illegible]

**Inmate's Signature:** [illegible]

***Note:*** Upon signing this form take GOLD copy, it contains the grievance procedures.

ALSO I'M RASTAFARIAN [illegible] ALSO [illegible]

**Staff member's response:** AS STATE SUPREME [illegible]
[illegible] WHAT I CAN IN JAIL.

**Signature:** ______ **Date:** ______

**Supervisor's response:**

**Signature:** ______ **Date:** ______

**Watch Commander:**

**Signature:** ______ **Date:** ______

***White:*** *Admin.* ***Yellow:*** *Response to Inmate* ***Pink:*** *Staff* ***Gold:*** *To Inmate*

# San Mateo County Jail Facilities
# Inmate Grievance Form

*Routing:* *Staff Only*
- ❑ Administration
- ❑ Classification
- ❑ Medical
- ❑ Food Service
- [] Other

*Received:* *Staff Only*
Date 4/30/12
Time 0800
Facility [illegible]
Deputy C533

[illegible]

**To:** *(Watch Commander)* WATCH COMMANDER REVEREND RASTA
**Date** 4/24/12

**From:** *(Inmate's Name)* ROB JOSEPH SIMMONS **Id#** 1004745 **Cell** 3W23

- KOSHER DIET IS ACCEPTABLE -

**Grievance** *(Please be specific: time, date, etc.)* I'M SPIRITUAL RASTAFARIAN I LIVE BY A [illegible] TO [illegible] RELIGIOUS DIET [illegible] HAS TO BE [illegible] AS SPIRITUAL RASTAFARI [illegible] HOLY [illegible] FROM THE [illegible] NOW [illegible] THE CHURCH [illegible] IS MULTI-DENOMINATIONAL MINISTRY [illegible] INC, LLC, I'M MEMBER [illegible] CHURCH APPROVED [illegible] CHURCH [illegible] LLC LICENSE FROM SECRETARY OF STATE. I'M FOUNDER/CEO OF TREE OF LIFE CHURCH CANNABIS MINISTRY I'M A CONGRESSIONALLY PROTECTED GROUP: RASTAFARIANS ARE PROTECTED BY [illegible] U.S. SENATE & CANNABIS IS A SACRAMENT OF OUR FAITH & U.S. DISTRICT COURT BAUER DECISION IS FOR RASTAFARIANS ARE EXEMPT FROM ARREST FOR CANNABIS HENCE I'M ILLEGALLY INCARCERATED

**Inmate's Signature:** Reverend Rasta Rob Simmons

*Note:* Upon signing this form take GOLD copy, it contains the grievance procedures.

ALSO AS A PATIENT W/A RECOMMENDATION FOR CANNABIS FROM MY DR. & I'M A CAREGIVER W/ [illegible] WAS FOUND NOT GUILTY BY JUDGE [illegible] FOR DISTRIBUTION [illegible]

**Staff member's response:**

**Signature:** **Date:**

**Supervisor's response:**

**Signature:** **Date:**

**Watch Commander:**

**Signature:** **Date:**

*White: Admin.* *Yellow: Response to Inmate* *Pink: Staff* *Gold: To Inmate*



1061745 REVEREND
RASTA
ROB J.
SIMMONS
TREE OF LIFE CHURCH
SAN MATEO CO. JAIL
300 BRADFORD ST.
REDWOOD CITY, CA
94063
RECEIVED
2012 MAY
INMATE MAIL
05/07/
US POS
RICHARD WIEKING
ATTN: COURT CLERK
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA
94102
LEGAL MAIL
9410233489