1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ROB JOSEPH SIMMONS,              )        No. C 12-01716 EJD (PR)
                                      )
12              Plaintiff,            )        ORDER OF DISMISSAL WITH
                                      )        LEAVE TO AMEND
13        vs.                         )
                                      )
14   BELMONT POLICE DEPT., et al.,    )
                                      )
15              Defendants.           )
                                      )
16   _____)

17

18          On April 5, 2012, Plaintiff filed a six page document detailing his history

19   with the Tree of Life Church and involvement with the Rastafarian Cannabis

20   Ministry, which the Clerk of the Court construed as an attempt to file a civil rights

21   action under 42 U.S.C. § 1983.  Plaintiff's motion for leave to proceed in forma

22   pauperis, (Docket No. 3), will be granted in a separate order.

23

24                              DISCUSSION

25          Plaintiff claims that his First Amendment right of freedom of religion has

26   been violated and he seeks an "unconditional injunction" to exempt him from "all

27   marijuana related laws."  (Docket No. 1 at 6.)  The document is a jumble of

28   information, listing his interaction with law enforcement over the past several years.

Order of Dismissal with Leave to Amend
G:\PRO-SE\SJ.EJD\CR.12\01716Simmons_dwlta.wpd

1    Accordingly, the complaint is DISMISSED WITH LEAVE TO AMEND, for

2    Plaintiff to provide sufficient information for this Court to determine whether he

3    states cognizable claims under § 1983.

4         Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff

5    must allege that a person acting under the color of state law committed a violation of

6    a right secured by the Constitution or laws of the United States.  West v. Atkins, 487

7    U.S. 42, 48 (1988).  Plaintiff must identify defendants by name and state how each

8    individual defendant violated a specific federal right.

9

10                              **CONCLUSION**

11        For the foregoing reasons, the Court orders as follows:

12        The complaint is DISMISSED with leave to amend.  Within **twenty-eight**

13   **(28) days** of the date this order is filed, Plaintiff shall file an amended complaint

14   using the court's form complaint.  The amended complaint must include the caption

15   and civil case number used in this order and the words "AMENDED COMPLAINT"

16   on the first page and write in the case number for this action, Case No. C 12-01716

17   EJD (PR).  Plaintiff must answer all the questions on the form in order for the action

18   to proceed.

19        **Failure to respond in accordance with this order by filing an amended**

20   **complaint will result in the dismissal of this action without prejudice and**

21   **without further notice to Plaintiff.**

22        The Clerk shall include two copies of the court's complaint with a copy of

23   this order to Plaintiff.

24

25   DATED: _____7/24/2012_____         _____

26                                          EDWARD J. DAVILA
                                            United States District Judge
27

28

*United States District Court*
For the Northern District of California

Order of Dismissal with Leave to Amend
G:\PRO-SE\SJ.EJD\CR.12\01716Simmons_dwlta.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROB JOSEPH SIMMONS,

              Plaintiff,

  v.

BELMONT POLICE DEPT., et al.,

              Defendants.

_____/

Case Number: CV12-01716 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/25/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rob Joseph Simmons #1061745
San Mateo County Jail
300 Bradford Street
Redwood City, CA 94063

Dated: _____7/25/2012_____

                            Richard W. Wieking, Clerk
                    /s/By: Elizabeth Garcia, Deputy Clerk